

**Dated: December 27, 2023**
**The following is ORDERED:**

*Jennie D. Latta*

**Jennie D. Latta**
UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   23−22545 jdl |
| | Chapter   13 |
| Kedarian T Moss | |
| Debtor(s). | |

### ORDER APPROVING STANDING CHAPTER 13 TRUSTEE'S
### FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE
### COMBINED WITH NOTICE OF THE ENTRY THEREOF

It appears to the Court, on its own initiative, that an Order has been previously signed by a Bankruptcy Judge dismissing the chapter 13 case of the above−named debtor(s).

It further appears to the Court that the Standing Chapter 13 Trustee has filed a Final Report and Account and that this previously dismissed case is now ready for statistical closing.

**IT IS, THEREFORE, ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Standing Chapter 13 Trustee's Report and Account is approved and the Trustee is hereby discharged of his trust.

2. This previously dismissed chapter 13 case is hereby statistically closed.

[disch13odtcg080]Order Approving Standing Ch13 Trustee

United States Bankruptcy Court

Western District of Tennessee

| In re: | Case No. 23-22545-jdl |
|---|---|
| Kedarian T Moss | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0651-2  User: admin  Page 1 of 2
Date Rcvd: Dec 28, 2023  Form ID: ch13fin  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kedarian T Moss, 4451 Millbranch Road, Memphis, TN 38116-7401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: aabyrdjr@gmail.com | Dec 28 2023 22:01:00 | Arthur Byrd, Law Office of Arthur A. Byrd, Jr., 116 Mulberry, Collierville, TN 38017 |
| tr | + Email/Text: bnc@ch13sfb.com | Dec 28 2023 22:02:00 | Sylvia F. Brown, 200 Jefferson Ave. Suite #1113, Memphis, TN 38103-2360 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2023   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur Byrd | on behalf of Debtor Kedarian T Moss aabyrdjr@gmail.com  r59321@notify.bestcase.com |
| R. Alan Pritchard | on behalf of Creditor Mill Creek contact@alanpritchardlaw.com |
| Sylvia F. Brown | |

| District/off: 0651-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2023 | Form ID: ch13fin | Total Noticed: 3 |

ecf@ch13sfb.com

U.S. Trustee

ustpregion08.me.ecf@usdoj.gov

TOTAL: 4